Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16–28615–VFP
                Chapter: 13
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carmen Saro
    597 Harristown Road
    Glen Rock, NJ 07452

Social Security No.:
    xxx–xx–4920

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:               June 21, 2018
Time:              11:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*33* – Motion to Approve Loan Modification with Bayview Loan Servicing Filed by Ronald I. LeVine on behalf of Carmen Saro. Objection deadline is 05/25/2018. (Attachments: # 1 Certification # 2 Exhibit # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order) (LeVine, Ronald)

*35* – Objection to Debtor(s) Motion to Approve Loan Modification (related document:33 Motion to Approve Loan Modification with Bayview Loan Servicing Filed by Ronald I. LeVine on behalf of Carmen Saro. Objection deadline is 05/25/2018. (Attachments: # 1 Certification # 2 Exhibit # 3 Statement as to Why No Brief is Necessary # 4 Proposed Order) filed by Debtor Carmen Saro) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

and transact such other business as may properly come before the meeting.

Dated: May 14, 2018
JAN: mcp

                                                  Jeanne Naughton
                                                  Clerk