UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on May 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARMEN SARO

Case No.:16-28615 VFP

Chapter: 13

Judge: Hon. Papalia

REVISED ORDER CONDITIONALLY APPROVING LOAN MODIFICATION AGREEMENT WITH BAYVIEW LOAN SERVICING

The relief set forth on the following pages, numbered two (2) ~~through two (2)~~ through three (3) is hereby **ORDERED**.

DATED: May 18, 2018

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: CARMEN SARO
Case No. 16-28615 VFP
Caption of Order: REVISED ORDER CONDITIONALLY APPROVING LOAN MODIFICATION WITH BAYVIEW LOAN SERVICING

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, upon notice to BAYVIEW LOAN SERVICING through their attorney Shapiro & DeNardo, LLC, and to Marie-Ann Greenberg, Chapter 13 Standing Trustee for entry of an Order approving the loan modification with BAYVIEW LOAN SERVICING for the first mortgage on the debtor's property and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted approving the Loan modification with BAYVIEW LOAN SERVICING under the conditions listed below.

2. BAYVIEW LOAN SERVICING is hereby directed to respond specifically with a detailed explanation as to the apparent discrepancy between its proof of claim and the new principal balance in the loan document within 30 days from the date this Order is entered.

3. In the event BAYVIEW LOAN SERVICING fails to provide an answer within that 30-day period, or the answer provided is unsatisfactory to the Debtor, the

debtor may bring a motion before this Court to address the terms of the loan modification and seek adjustment of those terms.

4. The Chapter 13 Trustee shall cease making any further payments on the debtors' secured creditor's claim.