UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on May 18, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARMEN SARO

Case No.:16-28615 VFP

Chapter:  13

Judge: Hon. Papalia

REVISED ORDER CONDITIONALLY APPROVING LOAN MODIFICATION AGREEMENT WITH BAYVIEW LOAN SERVICING

The relief set forth on the following pages, numbered two (2) ~~through two (2)~~ through three (3) is hereby **ORDERED**.

**DATED: May 18, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: CARMEN SARO
Case No. 16-28615 VFP
Caption of Order: REVISED ORDER CONDITIONALLY APPROVING LOAN MODIFICATION WITH BAYVIEW LOAN SERVICING

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, upon notice to BAYVIEW LOAN SERVICING through their attorney Shapiro & DeNardo, LLC, and to Marie-Ann Greenberg, Chapter 13 Standing Trustee for entry of an Order approving the loan modification with BAYVIEW LOAN SERVICING for the first mortgage on the debtor's property and the Court having reviewed the Motion and any evidence presented at the hearing on the Motion (the "Hearing") and having heard statements of counsel in support thereof; and it appearing that all secured parties having been given notice of the Motion; and good and sufficient cause having been shown for entry of the within Order;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted approving the Loan modification with BAYVIEW LOAN SERVICING under the conditions listed below.

2. BAYVIEW LOAN SERVICING is hereby directed to respond specifically with a detailed explanation as to the apparent discrepancy between its proof of claim and the new principal balance in the loan document within 30 days from the date this Order is entered.

3. In the event BAYVIEW LOAN SERVICING fails to provide an answer within that 30-day period, or the answer provided is unsatisfactory to the Debtor, the

debtor may bring a motion before this Court to address the terms of the loan modification and seek adjustment of those terms.

4. The Chapter 13 Trustee shall cease making any further payments on the debtors' secured creditor's claim.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-28615-VFP
Carmen Saro                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 18, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db             +Carmen Saro,    597 Harristown Road,    Glen Rock, NJ 07452-2313

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-17) cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-17,
               MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jenelle C Arnold    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-17,
               MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- bkecfinbox@aldridgepite.com,
               jarnold@ecf.inforuptcy.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Ronald I. LeVine    on behalf of Debtor Carmen  Saro ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                             TOTAL: 5