Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−28615−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carmen Saro
   597 Harristown Road
   Glen Rock, NJ 07452

Social Security No.:
   xxx−xx−4920

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/2/19 at 10:00 AM

to consider and act upon the following:

*48* − Motion to Enforce Motion to Enforce Loan Modification and Sanction Bayview Loan Servicing, LLC for Failure to Comply with Court Order Filed by Ronald I. LeVine on behalf of Carmen Saro. (Attachments: # 1 Certification # 2 Statement as to Why No Brief is Necessary # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Proposed Order # 14 Certificate of Service) (LeVine, Ronald)

Dated: 4/2/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court