UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re: Carmen Saro

In Re:
Carmen Saro

Case No.: 16-28615 VFP

Chapter: 13

Judge: Papalia

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Shellpoint Mortgage Servicing. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: August 9, 2022

/s/ Erica R. S. Goldman
Signature

*new.8/1/15*