UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

In Re:
Carmen Saro

Case No.:  16-28615-VFP

Chapter:  13

Hearing Date:  _____

Judge:  Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: NOTICE OF MOTION TO APPROVE LOAN MODIFICATION (Docket #87)

Date: 08/11/2023

/s/ Laura Egerman
Signature

*rev.8/1/15*

Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| Carmen Saro,<br>Debtor. | Case No. 16-28615-VFP<br>Judge: Hon. Vincent F. Papalia |

**CERTIFICATION OF SERVICE**

1. I, <u>Angela Barton</u>:

    ☐  represent the _____ in the above-captioned matter.

    ☑  am the secretary/paralegal for <u>McCalla Raymer Leibert Pierce, LLC</u> who represents the <u>Secured Creditor.</u>

    ☐  am the _____ in the above case and am representing myself.

2. On August 11, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Withdrawal of Motion to Approve Loan Modification

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| 8/11/2023 | /s/ Angela Barton |
|---|---|
| Date | Signature |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☒ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Carmen Saro<br>597 Harristown Road<br>Glen Rock, NJ 07452 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court or by rule. Cite the rule if applicable*) |
| U.S. Trustee.<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☒ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |
| Ronald I. LeVine<br>210 River Street<br>Suite 11<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Name of Electronic Filing (NEF)<br>☒ Other: NEF, per D.N.J. LBR 5005-1(as authorized by court or by rule. Cite the rule if applicable*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.