UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Carmen M. Saro
CARMEN M. SARO
v.
THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK et al.

Case No.: Case 22-01139-VFP     (Bankrupcy Case no. 16-28615-VFP)
Chapter: Adversary (Chp. 13)
Judge: Hon. Vincent F. Papalia

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____ Carmen M. Saro _____, _____ debtor/plaintiff _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Mailing address: US Bankruptcy Court, District of New Jersey PO Box 1352, Newark, NJ 07101-1352 |

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __Ocotber 5, 2023__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, __50 Walnut Street, Newark, NJ 07102__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | Adversary proceeding to enforce terms of mortgage modification |

| Pertinent terms of settlement: | Implementation of new mortgage modification, attorneys' fees and damages |

Objections must be served on, and requests for additional information directed to:

Name: Ronald I. LeVine, Esq.

Address: POB 294, Wyckoff, NJ 07481

Telephone No.: 201-489-7900

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Carmen Saro  
    Debtor

Case No. 16-28615-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 31, 2023      Form ID: pdf905      Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carmen Saro, 597 Harristown Road, Glen Rock, NJ 07452-2313 |
| 516420084 | + | Ralph Saro, 597 Harristown Road, Glen Rock, NJ 07452-2313 |
| 516638060 | | THE BANK OF NEW YORK MELLON, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 516420085 | + | The Bank of New York Mellon, Koury Tighe Lapres Bisulca & Sommers, 1423 Tilton Road, Suite 9, Northfield, NJ 08225-1857 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2023 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2023 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516420083 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 31 2023 20:28:00 | Bank of America Home Loans, POB 31785, Tampa, FL 33631-3785 |
| 517079978 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2023 20:28:00 | THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146, THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC 33146-1837 |
| 517079977 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2023 20:28:00 | THE BANK OF NEW YORK MELLON, c/o Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 518748329 | | Email/Text: mtgbk@shellpointmtg.com | Aug 31 2023 20:28:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518748330 | | Email/Text: mtgbk@shellpointmtg.com | Aug 31 2023 20:28:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, P.O. Box 10826, Greenville, SC 29603-0826, THE BANK OF NEW YORK MELLON FKA THE BANK, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:

**Name**            **Email Address**

Anneberkie Carrasco
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-17, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- anne.carrasco@akerman.com

Ashley Sparrow Miller
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-17, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- ashley.miller@akerman.com

Ashley Sparrow Miller
on behalf of Defendant Bayview Loan Sevicing LLC ashley.miller@akerman.com

Ashley Sparrow Miller
on behalf of Defendant Bank of New York Mellon f/k/a Bank of New York ashley.miller@akerman.com

Ashley Sparrow Miller
on behalf of Defendant New Rez LLC d/b/a Shellpoint ashley.miller@akerman.com

Denise E. Carlon
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-17, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-17, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWMBS 2007-17) ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Erica Rachel Stein Goldman
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-17, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- erica.goldman@akerman.com

Erica Rachel Stein Goldman
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWMBS 2007-17) erica.goldman@akerman.com

Erica Rachel Stein Goldman
on behalf of Defendant Bayview Loan Sevicing LLC erica.goldman@akerman.com

Erica Rachel Stein Goldman
on behalf of Defendant New Rez LLC d/b/a Shellpoint erica.goldman@akerman.com

Erica Rachel Stein Goldman
on behalf of Defendant Bank of New York Mellon f/k/a Bank of New York erica.goldman@akerman.com

Jeffrey Rappaport
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE (CWMBS 2007-17) jrappaport@logs.com, njbankruptcynotifications@logs.com

Jenelle C Arnold
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWMBS INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-17, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007- bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 31, 2023 | Form ID: pdf905 | Total Noticed: 11 |

Laura M. Egerman
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK laura.egerman@mccalla.com bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Ronald I. LeVine
    on behalf of Plaintiff Carmen Saro ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

Ronald I. LeVine
    on behalf of Debtor Carmen Saro ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com

TOTAL: 19