Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–28615–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carmen Saro
   597 Harristown Road
   Glen Rock, NJ 07452

Social Security No.:
   xxx–xx–4920

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Diana L. Reaves , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Implementation of new mortgage modification, attorneys' fees and damages


Dated: September 29, 2023
JAN: dlr

                                            Jeanne Naughton
                                            Clerk